**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

BRIAN S. WOOD                                         CASE NO. 25-bk-00228-RCT
                                                      CHAPTER 13

        Debtor.
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

    Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-J4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-J4, files its Objection to Confirmation of Plan and states:

    1.    Creditor holds a note secured by a mortgage on the property located at 5407 11th Avenue West, Bradenton, Florida 34209.

    2.    Creditor is in the process of timely filing a Proof of Claim in the estimated amount of $176,757.52, including a secured arrearage of $117,406.99.

    3.    Debtor's Plan indicates an intention to mediate with Creditor through the Mortgage Modification Mediation Program; however, an appropriate motion has not been filed, as of the date of this Objection.

    4.    If a mediation commences and results in an impasse or denial of the modification application, Creditor's Proof of Claim should be in paid in full or the property surrendered.

    5.    Moreover, Debtor's Plan should account for future taxes and insurance during the pendency of the potential mediation.

**WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E: bk@stewartlegalgroup.com
> Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 27th day of February 2025.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Brian S. Wood
5407 11th Avenue West
Bradenton, FL 34209

**VIA CM/ECF NOTICE**
Timothy M. Grogan
1023 Manatee Avenue West, Suite 310
Bradenton, FL 34205

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

U.S. Trustee
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602